UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| LEVON ANDREASIAN, | ) ) | Case No. 5:26-cv-00995-CV-DTB |
| Petitioner, | ) ) ) | **STIPULATED ORDER** |
| v. | ) ) ) | **GRANTING PETITION AND ENTRY OF JUDGMENT UNDER** |
| MARKWAYNE MULLIN[1], *et al.*, | ) ) ) | **28 U.S.C. § 2241** |
| Respondents. | ) ) ) | |

In accordance with the stipulation between the parties, the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Docket No. 1) is granted with judgment to be entered consistent with the reasons and findings set forth in the Petitioner's

---

[1] The Petition named former Secretary for the Department of Homeland Security ("DHS") Kristi Noem in her official capacity. See Doc. # 1. Under Federal Rule of Civil Procedure 25(d), current Secretary for DHS Markwayne Mullin is substituted as the proper official-capacity. The Court therefore ORDERS the Clerk to update the docket accordingly. See Fed. R. Civ. P. 25(d).

1

Renewed Application for a Temporary Restraining Order granted by the District Court (Docket No. 20) on April 24, 2026.

Dated: May 29, 2026

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

2